NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ESTECH SYSTEMS, INC.,**

*Plaintiff-Appellant*

v.

**HOWARD MIDSTREAM ENERGY PARTNERS,
dba Howard Energy Partners,**

*Defendant-Appellee*

---

2023-1199

---

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00777-ADA, Judge Alan D. Albright.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2      ESTECH SYSTEMS, INC. v. HOWARD MIDSTREAM ENERGY
PARTNERS

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>July 7, 2023</u>
Date

<u>/s/ Jarrett B. Perlow</u>
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 7, 2023